IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| RUSSELL GAITHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV 121-076 |
| | ) |
| WARDEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. In lieu of objections, Plaintiff filed an amended complaint. (Doc. no. 13.) While Plaintiff has the right to amend without leave of court pursuant to Fed. R. Civ. P. 15(a)(1)(A), the amended complaint is still subject to dismissal.

The amended complaint continues to allege Plaintiff has been denied adequate supplies to pursue his legal claims while incarcerated. (Doc. no. 13.) This assertion does nothing to undermine the Magistrate Judge's recommendation for dismissal because Plaintiff is a three-striker, and there is no imminent danger of serious physical injury.

The amended complaint also asserts new claims against four new defendants arising out of an alleged September 11, 2020, stabbing of Plaintiff in the left and right shoulder. Plaintiff sued these same four defendants based on the same allegations in a different case, and the Magistrate Judge has recommended dismissal of all claims. See Gaither v. Deal,

1:21-CV-071, doc. nos. 15, 27 (S.D. Ga. May. 25, 2021). As the Eleventh Circuit has explained, "a plaintiff's duplicative complaint is an abuse of the judicial process and is properly dismissed without prejudice as malicious under the PLRA." Daker v. Ward, 999 F.3d 1300, 1308 (11th Cir. 2021). Indeed, as in Daker, Plaintiff "is an experienced pro se litigator" who "knowingly filed this complaint containing claims duplicative of claims he had already asserted" in another civil action. Id. at 1310. Accordingly, dismissal without prejudice of the amended complaint as "malicious" under § 1915A(b)(1) is proper. Id.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's requests to proceed *in forma pauperis*, (doc. nos. 7, 11), **DISMISSES** this action without prejudice, and **CLOSES** this civil action. Because this action is dismissed, Plaintiff's Motion for Federal Court Injunctions is **MOOT**. (Doc. no. 14.) If Plaintiff wishes to proceed with the claims raised in this lawsuit as initially filed, he must initiate a new lawsuit, which would require submission of a new complaint. See Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 3rd day of August, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA